UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA,**

and

**COALITION FOR A DEMOCRATIC WORKPLACE,**

    Plaintiffs,

       v.

**NATIONAL LABOR RELATIONS BOARD,**

    Defendant.

Civil Action No. 11-2262 (JEB)

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, the Court ORDERS that:

1. Defendant's Motion for Summary Judgment and Alternative Partial Motion to Dismiss are DENIED;

2. Plaintiffs' Motion for Summary Judgment is GRANTED; and

3. Judgment is ENTERED in favor of Plaintiffs.

**SO ORDERED.**

                                    */s/ James E. Boasberg*
                                    JAMES E. BOASBERG
                                    United States District Judge

Date: <u>May 14, 2012</u>